# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YUSSUF ABDEL-ALEEM, MINALKUMAR PATEL, MYRON MOOREHEAD, and OMAR ABDEL-ALEEM<br><br>Plaintiff,<br><br>vs.<br><br>ALLISON STRUEBING, HOUSTON'S RESTUARANTS OF GEROGIA, INC., and HILLSTONE RESTAURANT GROUP, INC.,<br><br>Defendants. | Case No.: 1:15-cv-2139-RWS |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Yussuf Abdel-aleem, Minalkumar Patel, Myron Moorehead and Omar Abdel-aleem ("Plaintiffs") filed their Verified Complaint (Doc. 1) on June 16, 2015. Defendants Allison Struebing and Hillstone Restaurant Group, Inc. filed Answers (Doc. 6 and 7) on August 6, 2015.[1]  Thereafter, counsel for Plaintiffs contacted counsel for Defendants to state that Plaintiffs have elected to dismiss this case, and sought consent from Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) for a stipulated dismissal without prejudice.  Defendants have given

---

[1] Houston's Restaurants of Georgia, Inc., named as an additional Defendant in the Verified Complaint, does not exist and thus has not appeared in this action.

that consent, and all parties who have appeared in this action hereby stipulate to the voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

JOSEPH & ALEEM, LLC

s/Tarek Abdel-aleem
Tarek Abdel-aleem
Georgia Bar No. 946317

1130 Hurricane Shoals Rd. NE, Ste. 2600
Lawrenceville, GA 30043
TEL: (678) 878-3042
tarek@josephaleem.com

*Counsel for Plaintiffs Yussuf Abdel-aleem, Omar Abdel-aleem, Minalkumar Patel, and Myron Moorehead*

ALSTON & BIRD LLP

s/Christopher C. Marquardt
*Signed with Express Authorization*
Bernard Taylor
Georgia Bar No. 699625
Christopher C. Marquardt
Georgia Bar No. 471150
Kandis Wood Jackson
Georgia Bar No. 127324
1201 West Peachtree Street
Atlanta, GA 30309-3424
TEL: (404) 881-7000
FAX: (404) 881-7777

*Counsel for Defendants Hillstone Restaurant Group, Inc. and Allison Struebing*

## **CERTIFICATE OF COMPLIANCE**

In compliance with N.D. Ga. R. 7.1D, I certify that the foregoing JOINT MOTION FOR STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE has been prepared in conformity with N.D. Ga. R. 5.1. This document was prepared with Times New Roman (14 point) type, with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

This ___ day of September, 2015.

JOSEPH & ALEEM, LLC

s/Tarek Abdel-aleem
Tarek Abdel-aleem
Georgia Bar No. 946317

1130 Hurricane Shoals Rd. NE, Ste. 2600
Lawrenceville, GA 30043
TEL: (678) 878-3042
tarek@josephaleem.com

*Counsel for Plaintiffs Yussuf Abdel-aleem, Omar Abdel-aleem, Minalkumar Patel, and Myron Moorehead*